**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LAMONT BRACY et al., *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

AMERICOLD LOGISTICS LLC,

Defendant.

Case No. 1:23-cv-05743-TWT

**JOINT NOTICE OF SETTLEMENT**

The Parties respectfully submit this joint notice that they have reached an agreement in principle to resolve all claims pending in the above-captioned action and in *Sheffler et al. v. Americold Realty Trust*, Case No. 1:21-cv-01075-MHC, on a classwide basis. The Parties request the Court to stay all pending deadlines. The Parties are working on the specific terms of this class settlement and will file a Motion for Preliminary Approval of Settlement or a status report within sixty (60) days.

Date: March 6, 2026

Respectfully Submitted,

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108

Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

John J. Nelson*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, LLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Terence R. Coates*
Justin C. Walker*
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45209
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com

John A. Yanchunis*
**MORGAN AND MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: 813-223-5505

Fax: 813-222-4736
jyanchunis@forthepeople.com

***Counsel For Plaintiffs and the Class***

*/s/ Kristine M. Brown*
Kristine M. Brown
Georgia Bar No. 480189
Gavin Reinke
Georgia Bar No. 159424
M. Ashley Miller
Georgia Bar No. 330929
Nicole A. Weeks
Georgia Bar No. 871597
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
gavin.reinke@alston.com
ashley.miller@alston.com
nicole.weeks@alston.com

***Counsel for Americold Logistics, LLC***

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated this 6th day of March, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **JOINT NOTICE OF SETTLEMENT** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record.

Dated this 6th day of March, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**