**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LAMONT BRACY, JALISA SAMUELS, SEAN SHEFFLER, BRANDEN TURNER, BRANDICE TURNER, JOSEPH VINCENT, and BELINDA GOSS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICOLD REALTY TRUST, INC., and AMERICOLD LOGISTICS LLC,<br><br>Defendants. | Case No. 1:23-cv-05743-TWT<br><br>Judge Thomas W. Thrash |

**<u>PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS</u>**

Pursuant to Rule 23(e), and subject to Court approval, Lamont Bracy, Jalisa Samuels, Sean Sheffler, Branden Turner, Brandice Turner, Joseph Vincent, and Belinda Goss (hereinafter "Settlement Class Representatives"), on behalf of themselves and all others similarly situated, respectfully move the Court for preliminary approval of the proposed settlement of this class action under Rule 23 of the Federal Rules of Civil Procedure.

In support of the Motion, Plaintiffs submit their Memorandum of Law in Support; the Settlement Agreement and Release (attached as ***Exhibit A*** to the Memorandum); the Joint Declaration of Class Counsel (attached as ***Exhibit B*** to the Memorandum); the Declaration of Settlement Administrator (attached as ***Exhibit C*** to the Memorandum, with its accompanying Exhibit 1 – Postcard Notice, Exhibit 2 – Long Form Notice, and Exhibit 3 – Claim Form); and the Proposed Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (attached as ***Exhibit D*** to the Memorandum).

This Motion is unopposed.[1] As set forth in the accompanying Memorandum of Law, the Settlement — which resolves the claims asserted in both this Action and the related action, *Sheffler v. Americold Realty Trust*, Case No. 1:21-cv-01075-MHC (N.D. Ga.) (the "*Sheffler* Action") — is the product of extensive arm's-length negotiations between experienced counsel, is well within the range of reasonableness warranting notice to the Settlement Class, and meets each of the

[1] Defendants fully support preliminary approval of the settlement agreement and do not oppose Plaintiffs' Motion. By not opposing Plaintiffs' Motion, Defendants do not concede the factual basis for any claim and deny liability. The Motion and accompanying Brief in Support, including the description of prior proceedings and proceedings in the *Sheffler* Action, as well as legal and factual arguments, were drafted by Plaintiffs, and Defendants may disagree with certain of their characterizations and descriptions.

criteria for preliminary approval under Rule 23(e)(2), the Eleventh Circuit's *Bennett* factors, and controlling decisions of this Court.

For the reasons set forth in the Memorandum, Settlement Class Representatives respectfully request that the Court: (1) grant preliminary approval of the Settlement; (2) preliminarily certifying for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) approve the Notice Program, including the form and content of the Notices; (4) approve the opt-out and objection procedures set forth in the Notice Program; (5) appoint Plaintiffs as Settlement Class Representatives; (6) appoint as Class Counsel the law firms and attorneys listed in the Agreement; and (7) schedule a Final Approval Hearing (allowing at least 90 days after the date of the Preliminary Approval Order). *See* Exhibit D, Proposed Order.

Respectfully submitted this 18th day of June, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
**GIBSON CONSUMER LAW GROUP, LLC**
4279 Roswell Road, Suite 208-108
Atlanta, Georgia 30342
Telephone: (678) 642-2503
mgibson@gibsonconsumerlawgroup.com

Gary M. Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

Telephone: (866) 252-0878
gklinger@milberg.com

John A. Yanchunis (*pro hac vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com

Terence R. Coates (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
tcoates@msdlegal.com

*Proposed Class Counsel*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: June 18, 2026.

*/s/ MaryBeth V. Gibon*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

This 18th day of June, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
GA Bar No. 725843
**Gibson Consumer Law Group, LLC**